**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7744**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

DARIAN AVERY HUNTLEY,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:06-cr-00478-RBH-1)

Submitted:  September 10, 2009      Decided:  September 14, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darian Avery Huntley, Appellant Pro Se.  Arthur Bradley Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darian Huntley appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Huntley, No. 4:06-cr-00478-RBH-1 (D.S.C. Aug. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2